IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3144 |
| vs. | ORDER |
| RODNEY MCCOMBS, | |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 34). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 34) is granted.

2. The indictment is dismissed without prejudice.

Dated this 4th day of April, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge